# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAYQISIZ MER SEZER,

                    Petitioner,

     v.

MARKWAYNE MULLIN, et al.,

                    Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 2:26-cv-01905-BAT

_____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

1.    The habeas request for immediate release is **DENIED**.

2..    The habeas request for a bond hearing before an immigration judge is

**GRANTED**. Respondents will provide Petitioner an individualized bond hearing before an immigration judge that complies with requirements of *Singh v. Holde*r, 638 F.3d 1196 (9th Cir. 2011). no later than **July 23, 2026**. Respondents will bear the burden of proof, by clear and convincing evidence, that Petitioner is a risk of flight or a danger to the community if they seek to continue his detention.

3.    Respondents shall file a certification that Petitioner was afforded an individualized bond hearing before an immigration judge by **July 24, 2026**.  If Respondents fail

to file a certification or fail to provide Petitioner a bond hearing by the above date, Petitioner

shall be immediately released from detention.


Dated this 7th day of July, 2026.


JOSHUA C. LEWIS
Clerk of Court

/s/ Andy Quach
Deputy Clerk